UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. DORSEY,<br><br>        Plaintiff,<br><br>    v.<br><br>D. MOORE, et al,<br><br>        Defendant. | 1:15-cv-00064-DAD-BAM (PC)<br><br>ORDER REQUIRING DEFENDANTS TO RESPOND TO PLAINTIFF'S MOTION TO COMPEL<br><br>TWENTY-ONE (21) DAY DEADLINE |

    Plaintiff Mark E. Dorsey ("Plaintiff") is a state prisoner proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. This action currently proceeds on Plaintiff's first amended complaint against Correctional Officers Moore, Martin and Cano for excessive force in violation of the Eighth Amendment, and against Correctional Officer Morelock and Correctional Sergeant Pease for failure to intervene in the use of excessive force in violation of the Eighth Amendment. (ECF No. 7.)

    Currently before the Court is Plaintiff's second motion to compel, entered on May 16, 2016, in which Plaintiff seeks further responses to certain requests for production, and sanctions. (ECF No. 44.) Defendants' response to this motion was due within twenty-one (21) days of service of that motion, but no response was filed. Local Rule 230(l).

///

1

1  Accordingly, it is HEREBY ORDERED that Defendants shall file a response to Plaintiff's
2  second motion to compel (ECF No. 44) within twenty-one (21) days of the date of service of this
3  order. Any request for an extension of time to comply with this order will require a showing of
4  good cause.

IT IS SO ORDERED.

Dated:   **June 10, 2016**              /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE