UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK E. DORSEY,<br><br>        Plaintiff,<br><br>    v.<br><br>D. MOORE, et al.,<br><br>        Defendants. | No. 1:15-cv-00064-DAD-BAM (PC)<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE THE CASE<br><br>(Doc. No. 59) |

Mark E. Dorsey is a prisoner currently incarcerated at R.J. Donovan Correctional Facility, proceeding *pro se* and *in forma pauperis* in this civil rights action brought under 42 U.S.C. § 1983. This case proceeds on plaintiff's First Amended Complaint dated April 15, 2015, alleging claims against defendants D. Moore, J.L. Martin, A. Cano for the excessive use of force in violation of the Eighth Amendment, and against defendants C. Morelock, and B. Pease for failure to intervene in the use of excessive force in violation of the Eighth Amendment. (Doc. No. 7.)

On November 9, 2016, the parties participated in a settlement conference presided over by U.S. Magistrate Judge Jennifer L. Thurston, at which time the case did not settle. (Doc. No. 60.) However, the parties thereafter informed Judge Thurston that they had settled this action on the terms discussed at the settlement conference. (Doc. No. 61.)

/////

1

On November 10, 2016, a stipulation for joint voluntary dismissal with prejudice was filed with the court, containing the signatures of plaintiff Dorsey and counsel for defendants Moore, Martin, Cano, Morelock, and Pease. (Doc. No. 59.) The stipulation states that plaintiff Dorsey and defendants Moore, *et al.*, have resolved this case in its entirety and therefore stipulate to a dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own litigation costs and attorney's fees. (*Id.*)

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) allows plaintiffs to "dismiss an action without a court order by filing a stipulation of dismissal signed by all parties who have appeared." The stipulation filed on November 10, 2016 is signed by all parties who have appeared in this case. Therefore, the parties' stipulation is given full force and effect, and this case has been dismissed with prejudice.

Accordingly:

1. The parties' stipulation for voluntary dismissal of this action with prejudice (Doc. No. 59) is effective as of the date it was filed;
2. This case has been dismissed with prejudice and with each party to bear its own litigation costs and attorney's fees;
3. All pending motions are dismissed as having been rendered moot; and
4. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **November 16, 2016**

UNITED STATES DISTRICT JUDGE